

JPMorgan

**CASHIER'S CHECK** 9879925796
Date: 06/05/2015   Void after 7 years   25-3 / 440
Remitter: ALVENA R JENNETTE
Pay To The Order Of: PHENIX SALON SUITES
Pay: SIX HUNDRED THOUSAND DOLLARS AND 00 CENTS    $** 600,000.00 **
Drawn: JPMORGAN CHASE BANK, N.A.
Senior Vice President, JPMorgan Chase Bank, N.A., Columbus, OH

102640242

Posting Date: 06/05/2015
Sequence Number:
Amount: 600,000.00
Account:
Routing Transit Number:
Check/Serial Number: 009879925796
Bank Number: 1
IRD: 0
Image type: P
BOFD: 000000000
Cost Center:
Teller Number:
Teller Sequence Number:
Capture Source: PV
Entry Number:
UDK:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved