

June 8, 2015

Mr. Alvena Jennette
Mr. Robert Henry
1520 Lincoln Place
Brooklyn NY 11213

Re:   **Phenix Salon Suites Partnership Agreement**

Dear Mr. Jennette, Mr. Henry, Mr. Sattan

This Partnership Agreement shall set forth the terms and conditions for your investment in Phenix Salon Suites Franchise locations to be developed in North Carolina and/or Tennessee.

1. **Investment**: You agree to pay $1,300,000.00 immediately to fund the development of the North Carolina and Tennessee Phenix Salon Suites markets, over which I currently have the exclusive rights to develop. You will have no right to a return of your investment except as set forth below.
2. **Investors Disbursements**. You will not have to contribute any more cash to get the ten stores completed. This development will not take more than twenty (20) months. The profit from the stores will be split once the tenth (10th) store is finished. The net income will be split, 40% (forty percent) between Alvena Jennette and Robert Henry, 30% Harold Sattan and 30% Kevin Davis. All profits from vending machines and coin laundry will be split the same way.
3. **Default and Security**. In the event that I default and not develop the 10 stores within the specified noted, a six (6) month grace period will be allowed to cure default, thereafter you will have the right to foreclose and take complete ownership of the ten stores and finish developing in the North Carolina or Tennessee area (subject to the approval of the franchisor and landlord).

VERIAN BIBI Z
Notary Public, State of New York
Qualified in King County
No. 01VE6275571
My Commission Expires 01-28-2017

Sincerely,

Kevin Davis

Agreed to and Accepted on the date set forth below:

By: _____  
    Alvena Jennette  
Date: 6/8/2015

By: _____  
    Harold Sattan  
Date: June 8, 2015

By: _____  
    Robert Henry  
Date: 6/8/2015

By: _____  
    Kevin Davis  
Date: 6/8/15

VERIAN BIBI Z  
Notary Public, State of New York  
Qualified in King County  
No. 01VE6275571  
My Commission Expires 01-28-2017