# GUTTENPLAN & JULIAN PLLC
## ATTORNEYS AT LAW

2001 Marcus Avenue, Suite N125, Lake Success, New York 11042

KENNETH S. GUTTENPLAN
KEN@GJLAWOFFICE.COM                                          TEL: (516) 616-1155

KATHLEEN F. JULIAN                                           FAX: (516) 616-9797
KATHY@GJLAWOFFICE.COM


April 30, 2018


VIA ECF FILING

Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

                    Re:    Jennette et ano v. Kevin Davis, et al.
                           File No.: 18-CV-2291 (KAM) (CLP)


Dear Honorable Madam:

        On April 18, 2018, I filed the Verified Complaint in the above referenced matter on
the grounds of diversity jurisdiction.   On April 24, 2018, I received an Order from the Court
indicating that I would need to show cause before May 4, 2018, as to why this action should
not be dismissed for lack of subject matter jurisdiction.

        The case law indicated in the Order stated that a "complaint premised upon diversity
of citizenship must allege the citizenship of natural persons who are members of a limited
liability company and the place of incorporation and principal place of business of any
corporate entities who are members of the limited liability company" (quoting New
Millenium Capital Parntes III. LLC v. Juniper Grp. Inc. (citation omitted).

        In the complaint, there are 21 Defendant LLC's.   For each defendant LLC I listed the
State of organization and principal registered address.   The individual defendant, Kevin
Davis, is the sole and managing member of each of the LLC's.   This allegation is plead at
paragraph 30.   At paragraph 7, I list the residence of Mr. Davis.

        As such, I'm confused as to what further allegations are required in order to establish
diversity citizenship as, based upon the case law stated.

As this matter is premised mainly on diversity jurisdiction, I do not believe it would survive a challenge based upon subject matter jurisdiction.

I would greatly appreciate the Court's guidance.

Respectfully submitted,

GUTTENPLAN & JULIAN PLLC


By: Kathleen F. Julian

KFJ:md