# Affidavit of Service

Service by Private Process

| | |
|---|---|
| X Standard _ Rush | Case # 18-2291 KAM-CLP |
| Attorney: Kathy Julian | |
| Firm: Guttenplan & Julian PLLC | |
| Style: Alvena Jennette and Robert Henry v. Nancy & Kevin Davis, et al. | |
| Reference # | |

I, the undersigned Albert Safewright do hereby certify that I am over eighteen years of age, am not a party to or otherwise interested in the subject matter in controversy, and I further attest that on the 16th day of July 2018, at 11:22 am / pm, I served:

**Nancy & Kevin Davis**
**18184 Shinniecock Hills Place**
**Leesburg, VA 20176**

the attached:

  X  Summons & Complaint

Type of Service Attained

  X  Unable to Serve

Notes: Attempted Service 6/6/18, 6/7/18, 6/8/18. The offices for Nancy and Kevin Davis, located at 20365 Exchange Street, indicated that they never see or hear from either and they rarely visit the office despite Kevin Davis being the authorized Registered Agent for the businesses listed on the Summons & Complaint and also being required by Virginia law to keep regular office hours. No answer at the residence listed above. Attempted service 6/19 and 6/20 with the same results at the office location but made contact with the wife via cell phone. Who indicated Kevin Davis was out of town and she would not be available to accept but husband should be home on 6/29/18. Attempted service 6/29/18 as follows: Wife refuses to answer the door or let any of the children answer the door. She will not give us Kevin's number and everyone at the office location says the only person they ever dealt with was her. He was suppose to be back on 6/29/18 and we made contact with the wife on several occasions – she is now trying to get the security at the gated entrance to prevent us from entering but that is not lawful and we had them contact the police to verify we are there on court order. She stated her husband is in Pittsburg currently and that he has a girlfriend and they are probably getting divorced. Also she said she would be filing a motion with the court this week to have her name removed from the lawsuit claiming it is her husband and she has nothing to do with it. She also stated she was undergoing a medical procedure over the weekend or this week and would be hospitalized and out of contact for several weeks. There are usually 5-6 cars at the residence when we attempt but Friday and Saturday there 8 cars at each of the several attempts we made.

Process Server: _____

Attempt(s): _____

Subscribed and sworn to before me this 16th day of July, 2018, by Albert Safewright proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public for the Commonwealth of Virginia

City of Richmond

My Commission Expires: 19/20?

Signature of Notary Public