**WESLEY M. MULLEN**                                                                           **MULLEN P.C.**
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

October 31, 2018

Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Jennette et al. v. Givons-Davis et al.</u>,
              No. 1:18-cv-02291-KAM-CLP

Your Honor,

I represent all defendants appearing in the above-captioned matter ("<u>Defendants</u>").[1]  I write with the consent of all appearing parties to request an adjournment of the Initial Pretrial Conference set for November 9, 2018. (Scheduling Order (ECF Doc. No. 26).)

On October 25, 2018, Judge Matsumoto held a pre-motion conference on Defendants' proposed motion to dismiss the Complaint.  The Court ordered that Plaintiffs shall file an amended complaint on or before November 26, 2018; and Defendants shall file a letter on or before December 28, 2018 providing the bases for any pre-answer motion and proposing a briefing schedule.  (Minute Entry 10/25/2018.)

All parties agree that amendment and close of pleadings should occur before discovery proceeds.  We therefore jointly request that the Initial Pretrial Conference in this matter be adjourned to a date convenient for the Court in January or February 2019.

Pursuant to the Court's individual practices, I conferred by email with Ms. Julian, counsel for Plaintiff, who consented to this letter request.

                                        Respectfully submitted,

                                        Wesley M. Mullen

---

[1] I do not represent Platinum Property Management LLC.  That entity has no relationship to my clients and has not appeared.

WMULLEN@MULLENPC.COM | (646) 632-3718